UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| Leron Nmn Watson, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:18-cv-994 |
| Commissioner of Social Security, | ) ) ) ) | Honorable Phillip J. Green |
| Defendant. | ) ) | |

## **JUDGMENT**

In accordance with the Memorandum Opinion entered this date:

**IT IS HERBY ORDERED** that the Commissioner's decision is **AFFIRMED**.

Dated: June 11, 2019           /s/ Phillip J. Green
                               PHILLIP J. GREEN
                               United States Magistrate Judge